UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| NORMA SPRINGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY acting by and through THE ELECTRIC POWERBOARD of said GOVERNMENT d/b/a NASHVILLE ELECTRIC SERVICE, | ) | NO. 3:20-cv-00202 |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. No. 32) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's claim for retaliation under the Americans with Disabilities Act ("ADA") is **DISMISSED**. This case will proceed only on Plaintiff's ADA failure-to-accommodate claim.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE