UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORMA SPRINGER,<br><br>　　Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY acting by and through THE ELECTRIC POWERBOARD of said GOVERNMENT d/b/a NASHVILLE ELECTRIC SERVICE,<br><br>　　Defendant. | Case No. 3:20-cv-00202<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on November 9, 2021. By January 14, 2022, counsel will have engaged in private mediation and filed a joint status report reflecting their efforts.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge