UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORMA SPRINGER,<br><br>　　Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY acting by and through THE ELECTRIC POWERBOARD of said GOVERNMENT,<br><br>　　Defendant. | Case No. 3:20-cv-00202<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Mediator Gail Vaughn Ashworth filed a report stating that the parties have resolved all claims in this matter. (Doc. No. 44.) The parties are ORDERED to make the necessary filings to terminate the resolved claims by January 28, 2022.

　　It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge