UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORMA SPRINGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY acting by and through THE ELECTRIC POWERBOARD of said GOVERNMENT d/b/a NASHVILLE ELECTRIC SERVICE, | ) ) ) ) ) ) ) ) |
| Defendant. | |

NO. 3:20-cv-00202

## ORDER

The Report of Mediation (Doc. No. 44) states the parties have resolved all claims in this matter. Per Judge Alistair Newbern's Order (Doc. No. 45), the parties shall file all necessary filings to terminate the resolved claims by January 28, 2022. Accordingly, the pretrial conference set for January 24, 2022, and the trial set for February 1, 2022, are hereby **CANCELLED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE