# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **NORMA SPRINGER,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | **3:20-cv-00202** |
| ) | **Waverly D. Crenshaw, Jr.** |
| **METROPOLITAN** ) | **Chief US District Judge** |
| **GOVERNMENT OF NASHVILLE** ) | |
| **& DAVIDSON COUNTY acting by** ) | |
| **and through THE ELECTRIC** ) | |
| **POWERBOARD of said** ) | |
| **GOVERNMENT d/b/a** ) | |
| **NASHVILLE ELECTRIC** ) | |
| **SERVICE,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** all Parties in the above-styled cause, by and through their attorneys of record, and hereby request this case be dismissed **with prejudice** against the Defendants, with costs taxed as paid.

                                                     */s/ Dustin Kittle*
                                                     Dustin Kittle, Esq.,
                                                     Counsel for Plaintiff

**OF COUNSEL:**
**HUMBLE LAW FIRM**
3108 Blue Lake Drive, Suite 100
Vestavia, AL 35243

                                                          */s/ W. Whitney Seals*
                                                         W. Whitney Seals, Esq.,
                                                         Counsel for Plaintiff (*Pro Hac Vice*)

**OF COUNSEL:**
**COCHRUN & SEALS, LLC,**
P.O. Box 10448
Birmingham, AL 35202
T: 205.323.3900 ext. 113
E: filings@cochrunseals.com

                                                         */s/ William A. Blue, Jr.*
                                                       William A. Blue, Jr., Esq.
                                                       Counsel for Defendant

**OF COUNSEL:**
**CONSTANGY, BROOKS, SMITH &**
      **PROPHETE, LLP**
401 Commerce Street
Nashville, TN 37219
T: 615.340.3800
E: zblue@constangy.com
E: lbernell@constangy.com
E: rturner@constancy.com
E: tdotson@constancy.com