UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORMA SPRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:20-cv-00202 |
| | ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY acting by and through THE ELECTRIC POWERBOARD of said GOVERNMENT d/b/a NASHVILLE ELECTRIC SERVICE, | ) ) ) ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 47). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE